UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

LIANG WANG,

    Petitioner,

v.                                                    Case No. 2:26cv111

JEFFREY CRAWFORD, et al.,

    Respondents.

## FINAL ORDER

Before the court is a Petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. ECF No. 1. In his Petition, the pro se Petitioner seeks his release from Immigration and Customs Enforcement custody. Id. On March 13, 2026, Respondents filed an opposition to the Petition. ECF No. 9. Petitioner filed a letter opposing Respondents' arguments against his release. ECF No. 10.

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A)-(B), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges. See ECF No. 4. In a Report and Recommendation ("R&R"), entered on April 16, 2026, the Magistrate Judge recommended that the relief sought by the Petition be denied. ECF No. 12. The parties were advised of their right to file written

objections to the R&R. Neither Petitioner nor Respondents filed objections with the court.

Having reviewed the record and having heard no objection to the R&R, the court agrees with the R&R on the grounds stated by the Magistrate Judge and **ADOPTS and APPROVES** the R&R, ECF No. 12. Thus, the Petition, ECF No. 1, is **DENIED**. It is further **ORDERED** that judgment be entered in favor of Respondents.

Because Petitioner has not made a "substantial showing of the denial of a constitutional right," a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); see Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a); Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003); Slack v. McDaniel, 529 U.S. 473, 483-85 (2000).

Petitioner is **ADVISED** that because a certificate of appealability is denied by this court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit. Fed.R.App.P. 22(b). **If Petitioner intends to seek a certificate of appealability from the Fourth Circuit, he may seek such a certificate by filing a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty (60) days from the entry of this Final Order.** Id.; Fed.R.App.P. 4(a)(1)(B).

The Clerk is **DIRECTED** to forward a copy of this Final Order to Petitioner and counsel for Respondents.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

May 19, 2026

3